[No. 19401.   Department Two.—August 13, 1894.]

ALFRED  A.  DAVIS, RESPONDENT, *v.*  JOSIAH  H. HART, APPELLANT.

APPEAL—SUFFICIENCY OF EVIDENCE—FAILURE OF RESPONDENT TO ARGUE CAUSE—REVERSAL.—Where the record shows that the findings are assailed by the specifications on the ground of the insufficiency of the evidence to support them, and there is no brief on file by the respondent, and no oral argument in his behalf, the judgment and order appealed from will be reversed.

APPEAL from a judgment of the Superior Court of Kern County, and from an order denying a new trial.

The facts are stated in the opinion.

*E. Rousseau,* and *J. A. Haralson,* for Appellant.

*Mahon & Laird,* for Respondent.

FITZGERALD, J.—There is no brief on file by respondent, nor was the case orally argued in his behalf.

As the record shows that the findings are attacked by the specifications on the ground of the insufficiency of the evidence to support them, it follows on the authority of *Richter* v. *Fresno Canal etc. Co.,* 101 Cal. 582, that the judgment and order appealed from should be reversed.

So ordered.

McFARLAND, J., and DE HAVEN, J., concurred.